Aug. 12, 1983.

464 A.2d 525

Bauer-Hall Enterprises v. G.T. Mamagement, Appellant.

Argued April 14, 1983. J. Michael Ruttle, for appellant; William T. Renz, for appellee.

Before HESTER, POPOVICH and HOFFMAN, JJ.

Order affirmed.

POPOVICH, J. noted dissent.